UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DORADO SOFTWARE, INC.,<br><br>    Defendant. | No. 2:13-cv-00920-MCE-DAD<br><br>**ORDER** |

On May 5, 2013, Plaintiffs Versata Software, Inc. and Versata Development Group, Inc. (collectively, "Plaintiffs") filed this patent infringement action against Defendant Dorado Software, Inc. ("Defendant"). Compl., May 5, 2013, ECF No. 1. On March 28, 2014, the Court stayed this action pursuant to Section 18 of the Leahy-Smith America Invents Act ("AIA"), Public Law No. 112-29, 125 Stat. 329 and the Court's inherent authority. Order, ECF No. 16. The Court directed Plaintiffs and Defendant to file a Joint Status Report within ten (10) days of the latter of either the issuance of a decision by the Supreme Court in Alice Corporation Pty. Ltd. v. CLS Bank International, et. al. (Case No. 13-298) or the issuance of a decision in the Volusion, Inc. v. Versata Software, Inc. et. al. (Case CBM2013-00017) Patent Trial and Appeal Board proceeding.

///

Id. On June 27, 2014, Plaintiffs and Defendant filed a joint status report notifying the Court that the stay may be lifted as both proceedings have terminated. ECF No. 18.

The stay in this matter is hereby LIFTED. Not later than twenty (20) days following the date this Order is electronically filed, the parties are directed to file an amended Joint Status Report that conforms to the requirements set forth in this Court's May 10, 2013 Order Requiring Joint Status Report, ECF No. 4.

IT IS SO ORDERED.

Dated: June 30, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT