UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DORADO SOFTWARE, INC.,<br><br>Defendant. | Case No.  2:13-cv-00920-MCE-DAD<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES |

The Joint Motion for Extension of Pretrial Scheduling Deadlines (ECF No. 22) filed by Plaintiff Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), is GRANTED.  All dates set in the Pretrial Scheduling Order (ECF No. 21) are VACATED, and an amended scheduling order will follow.

IT IS SO ORDERED

Dated:  December 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT