UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> DORADO SOFTWARE, INC., <br><br>  Defendant. | Case No.  2:13-cv-00920-MCE-DAD <br><br> AMENDED ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES |

Plaintiff Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), have filed a Joint Motion for Extension of Pretrial Scheduling Deadlines.  After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.  It is therefore, ORDERED that the new deadlines are as listed below.

| Current Deadline | New Deadline | Event |
|---|---|---|
| November 17, 2014 | January 5, 2015 | Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and Related Documents |
| December 17, 2014 | February 4, 2015 | Defendant's Invalidity Contentions and Related Document Production |
| January 14, 2015 | March 4, 2015 | Exchange of Proposed Terms and Claim Elements for Construction |
| February 20, 2015 | April 10, 2015 | Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence |
| March 16, 2015 | May 4, 2015 | File Joint Claim Construction Statement |
| March 20, 2015 | May 8, 2015 | Plaintiff's Opening Claim Construction Brief |
| May 18, 2015 | July 6, 2015 | Defendant's Opposing Claim Construction Brief |
| June 1, 2015 | July 20, 2015 | Plaintiff's Reply Claim Construction Brief |
| July 23, 2015 | September 17, 2015, 2:00 p.m. Courtroom 7 | Markman (Claim Construction) Hearing |
| October 13, 2015 | November 23, 2015 | All Discovery, with the exception of expert discovery, shall be completed |
| December 11, 2015 | December 21, 2015 | Disclosure of Expert Witnesses |

This Order supersedes the order (ECF No. 25) previously issued on December 2, 2014. All other dates not modified above shall remain in effect as set forth in the Court's original Pretrial Scheduling Order (ECF No. 21).

IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT