UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DORADO SOFTWARE, INC.,<br><br>Defendant. | Case No.  2:13-cv-00920-MCE-DAD<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL SCHEDULING ORDER DEADLINES |

Plaintiff Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), have filed a Joint Motion for Extension of Pretrial Scheduling Deadlines.  After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.  It is therefore,

ORDERED that the new deadlines are as listed below.

| Current Deadline | New Deadline | Event |
|---|---|---|
| January 5, 2015 | March 23, 2015 | Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and Related Documents |
| February 4, 2015 | May 18, 2015 | Defendant's Invalidity Contentions and Related Document Production |

| Current Deadline | New Deadline | Event |
|---|---|---|
| March 4, 2015 | June 8, 2015 | Exchange of Proposed Terms and Claim Elements for Construction |
| April 10, 2015 | June 29, 2015 | Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence |
| May 4, 2015 | July 27, 2015 | File Joint Claim Construction Statement |
| May 8, 2015 | August 12, 2015 | Plaintiff's Opening Claim Construction Brief |
| July 6, 2015 | September 28, 2015 | Defendant's Opposing Claim Construction Brief |
| July 20, 2015 | October 12, 2015 | Plaintiff's Reply Claim Construction Brief |
| September 17, 2015 | December 14, 2015 or at the Court's convenience | Markman (Claim Construction) Hearing |
| November 23, 2015 | February 22, 2016 | All Discovery, with the exception of expert discovery, shall be completed |
| December 21, 2015 | March 28, 2016 | Disclosure of Expert Witnesses |
| March 17, 2016 | June 27, 2016 | Dispositive Motions |
| May 5, 2016 | October 3, 2016 | Joint Pretrial Conference Statement along with evidentiary or procedural motions. |
| May 12, 2016 | October 10, 2016 | Trial briefs and Oppositions to evidentiary or procedural motions. |
| May 19, 2016 | October 17, 2016 | Reply to evidentiary or procedural motions. |
| May 26, 2016 | October 20, 2016 | Final Pretrial Conference |
| July 11, 2016 | December 5, 2016 | Trial |

IT IS SO ORDERED.

Dated: March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT