Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Attorneys for Plaintiff

Audrey A. Millemann, (SBN 124954)
Weintraub Tobin Chediak Coleman Grodin
Law Corporation
400 Capital Mall, 11th Floor
Sacramento, California 95814
Tel: 916-558-6000
Fax: 916-446-1611
Email: amillemann@weintraub.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DORADO SOFTWARE, INC.,<br><br>Defendant. | Case No. 2:13-cv-00920-MCE-DAD<br><br>**STIPULATION TO DISMISS CLAIMS REGARDING U.S. PATENT NO. 6,907,414 WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), through their respective counsel of record, to dismiss in their entirety and without prejudice, Plaintiffs' claims against Defendant with respect to U.S. Patent No. 6,907,414. The

1  Parties agree to bear their own costs, expenses, and attorneys' fees with regard to those claims.

2

3  **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, MENSING**

4  Dated: April 6, 2015        /s/ Alisa A. Lipski_____

5  Alisa A. Lipski, Attorney for Plaintiffs

6

7  **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**

8  Dated: April 6, 2015        /s/ Audrey A. Millemann_____

9  Audrey A. Millemann, Attorney for Defendant

10

11  **ORDER**

12  Pursuant to the parties' stipulation, Plaintiffs' claims against Defendant with respect to

13  U.S. Patent No. 6,907,414 are DISMISSED without prejudice.  The parties shall bear their own

14  costs, expenses, and attorneys' fees with regard to those claims.  This case shall proceed on

15  Plaintiffs' remaining claims.

16  **IT IS SO ORDERED**

17  **Dated:  April 6, 2015**

18

19  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
20  UNITED STATES DISTRICT COURT