UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DORADO SOFTWARE, INC.,<br><br>Defendant. | Case No.  2:13-cv-00920-MCE-DAD<br><br>JOINT MOTION TO STAY THE LITIGATION PENDING FINALIZATION OF A SETTLEMENT AGREEMENT |

Plaintiff Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), have filed a joint motion to stay the litigation for thirty days because they have reached a settlement in principle and anticipate finalizing a settlement agreement within this timeframe.

///

///

///

///

1  Good cause having been shown, that Motion (ECF No. 35) is GRANTED.  This case is hereby
2  STAYED for thirty days.  In addition, not later than thirty (30) days following the date this order
3  is electronically filed, the parties are ordered to file either a Joint Status Report or dispositional
4  documents with the Court.
5      IT IS SO ORDERED.
6  Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT