Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Attorneys for Plaintiff

Audrey A. Millemann, (SBN 124954)
Weintraub Tobin Chediak Coleman Grodin
Law Corporation
400 Capital Mall, 11th Floor
Sacramento, California 95814
Tel: 916-558-6000
Fax: 916-446-1611
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC.; and VERSATA DEVELOPMENT GROUP, INC., F/K/A TRILOGY DEVELOPMENT GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DORADO SOFTWARE, INC.,<br><br>Defendant. | Case No.  2:13-cv-00920-MCE-DAD<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs' Versata Software, Inc., f/k/a Trilogy Software, Inc. and Versata Development Group, Inc., f/k/a Trilogy Development Group, Inc. (collectively "Plaintiffs") and Defendant Dorado Software, Inc. ("Defendant"), by and through their respective counsel of record, hereby submit the following Stipulation for Dismissal Without Prejudice of all claims by Plaintiffs against Defendant.  Each party shall bear its own costs and attorneys' fees.

1

STIPULATION TO DISMISS WITHOUT PREJUDICE

**IT IS SO STIPULATED.**

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, MENSING**

Dated: September 2, 2015     /s/ Alisa A. Lipski

Alisa A. Lipski, Attorney for Plaintiffs

**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**

Dated: September 2, 2015     /s/ Audrey A. Millemann

Audrey A. Millemann, Attorney for Defendant

**ORDER**

Pursuant to the above stipulation of the parties, this action is hereby DISMISSED without prejudice, each party to bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT